# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

**PLAINTIFF:**

GREENPOINT BUSHWICK, LLC
192 MORGAN REALTY, LLC and
MORGAN WILLIAMSBURG, LLC

**DEFENDANT:**

LLOYD'S OF LONDON and
XL CATLIN UNDERWRITING AGENCIES LIMITED

**IN THE MATTER OF:**

**CAUSE OF ACTION:**

ACTION ON CASUALTY INSURANCE POLICY

**RELIEF SOUGHT:**

MONEY JUDGMENT - $500,000

**ATTORNEY FOR PLAINTIFF:**

JULES A. EPSTEIN, ESQ.
JULES A. EPSTEIN, P.C.
100 JERICHO QUAD., SUITE 300
JERICHO, NY 11753
516-745-1325
jaepc1@aol.com / jaepc2@aol.com

**ATTORNEY FOR DEFENDANT:**

I am currently a member in good standing of the bar of this Court: ✓ YES ☐ NO

Signature of Attorney of Record: _____  Date: 7/14/21