UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X

GREENPOINT BUSHWICK, LLC,
192 MORGAN REALTY, LLC. and
MORGAN WILLIAMSBURGH, LLC.,

                Plaintiffs,          Civil Action No.: 1:21-CV-01352 (FB)(SJB)

  -against-                           **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

CERTAIN UNDERWRITERS SUBSCRIBING
POLICY NO. PL190320,

                Defendants.

———————————————————————X

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants, CERTAIN UNDERWRITERS SUBSCRIBING POLICY NO. PL190320, through their counsel of record, FLEISCHNER POTASH LLP, hereby submit the following disclosure:

      Defendants, CERTAIN UNDERWRITERS SUBSCRIBING POLICY NO. PL190320, are inclusive of XL Catlin Syndicate 2003, W.R. Berkley Syndicate 1967, and Cincinnati Global Syndicate 318.

      Catlin Underwriting Agencies Limited ("CUAL"), the managing agent of XL Catlin Syndicate 2003, is a company registered in England and Wales. CUAL is a wholly-owned subsidiary of its ultimate parent, France-registered AXA SA. Catlin Syndicate Limited ("CSL"), a company registered in England, is the sole member of XL Catlin Syndicate 2003. The direct holding company of CSL is Catlin (North America) Holdings Ltd. The ultimate parent undertaking and controlling party is AXA SA, which is traded on the Paris Stock Exchange.

W.R. Berkley Syndicate 1967 is a wholly-owned subsidiary of WR Berkley Syndicate Ltd., which is a wholly-owned subsidiary of W.R. Berkley Syndicate Holdings Limited, which is a wholly-owned subsidiary of Berkley Insurance Company. Berkley Insurance Company is a Delaware Corporation with its principal place of business in Connecticut. Berkley Insurance Company is a wholly-owned subsidiary of Signet Star Holdings, which is a wholly-owned subsidiary W.R. Berkley Corporation. W.R. Berkley Corporation is a corporation organized under the laws of Delaware and with its principal place of business in Connecticut. W.R. Berkley Corporation is publicly traded on the New York Stock Exchange.

The managing agent for Cincinnati Global Syndicate 318 is Cincinnati Global Underwriting Agency Limited, which is a wholly owned subsidiary of Cincinnati Global Underwriting Ltd., which is based in London. Cincinnati Global Underwriting Ltd. is part of the Cincinnati Global group and a wholly owned subsidiary of Cincinnati Financial Corporation, a company incorporated in the State of Ohio and listed on the NASDAQ stock exchange.

Dated: New York, New York
       May 4, 2021

                                    Yours, etc.,

                                    FLEISCHNER POTASH LLP

                                    By:    /s/ Eric R. Leibowitz_____
                                           Eric Leibowitz, Esq. (EL - 5488)
                                    Attorneys for Defendants
                                    CERTAIN UNDERWRITERS SUBSCRIBING POLICY NO. PL190320,
                                    14 Wall Street, Suite 5C
                                    New York, New York 10005
                                    (646) 520-4200
                                    Our File No.:  305-22973

TO:   All Counsel of Record (Via ECF)